**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGMANG LI,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-03391-JFW-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed August 19, 2026 (ECF No. 13) and the Notice of Compliance filed August 20, 2026 (ECF No. 14), IT IS ADJUDGED that Count Two of the Petition is granted, the remaining claims are denied as moot, and the action is dismissed without prejudice.

DATED: August 21, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE